IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | CASE NO. 4:09-CR-17 |
| JEFFREY BRIAN NICKEL, : | |
| Defendant. : | |

### DEFENDANT'S WAIVER OF JURY TRIAL

Pursuant to Fed.Crim.P. 23(a), the defendant hereby waives his right to a jury trial. The defendant requests that the government consent to a nonjury trial and the Court approve same.

Respectfully submitted,

*[signature]*

STEVEN H. SADOW
Georgia Bar No. 622075
Attorney for Defendant

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
(404) 577-1400

Expressly Consented To:

*[signature]*

JEFFREY BRIAN NICKEL
Defendant

## CERTIFICATE OF SERVICE

I have this day served a copy of the foregoing using the ECF system that will send notification of such filing to all parties of record.

This 2nd day of September, 2009.

*(signature)*
STEVEN H. SADOW