IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF
AMERICA

v.

JEFFREY BRIAN
NICKEL.

CRIMINAL ACTION FILE
NO. 4:09-CR-017-01-HLM

ORDER

This case is before the Court on Defendant's Waiver of Jury Trial [40].

On September 2, 2009, counsel for Defendant filed a Waiver of Jury Trial signed by both Defendant and his counsel. (Docket Entry No. 40). The Court **ORDERS** counsel for the Government to file the Government's response to Defendant's Waiver of Jury Trial **no later than**

AO 72A
(Rev.8/82)

**5:00 p.m. on Friday, September 11, 2009**, indicating whether counsel for the Government consents to Defendant's request that the Court hold a non-jury trial in this case.

IT IS SO ORDERED, this the 2nd day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)